UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-61409-CV-HUCK/O'SULLIVAN

JOHN D. BRYANT,

    Plaintiff,

vs.

SYNERGETIC COMMUNICATION, INC.
d/b/a SYNCOM,

    Defendant.
_____/



### FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (D.E. #3) filed December 7, 2009. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is dismissed with prejudice. All pending motions are denied as moot and the case is closed.

DONE and ORDERED in Chambers, Miami, Florida, January 5, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Counsel of Record